United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOES 1-3, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ROBLOX CORPORATION, <br><br> Defendant. | Case No. 26-cv-00271-RS <br><br> **MISCELLANEOUS ORDER** |

On February 4, 2026, Defendant Roblox Corporation filed an Administrative Motion Opposing Relation of this putative class action to *In re: Roblox Corporation Child Sexual Exploitation and Assault Litigation*, MDL No. 3166 ("MDL"). Plaintiff is ordered to file responsive briefing as to its position regarding relation to the MDL by February 25, 2026.

Counsel for Plaintiffs is also ordered to show cause by February 25, 2026 as to why Civil Local Rule 11-3(c)(2), which disqualifies a pro hac vice applicant who is regularly engaged in the practice of law in the State of California, does not apply in this instance to Paul J. Doolittle's Motion for Leave to Appear in Pro Hac Vice, MDL Dkt. 159.

**IT IS SO ORDERED**.

Dated: February 11, 2026

_____
RICHARD SEEBORG
Chief United States District Judge